

# COURT OF APPEALS

| | | |
|---|---|---|
| REBECA C. MARTINEZ | FOURTH COURT OF APPEALS DISTRICT | MICHAEL A. CRUZ, |
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| PATRICIA O. ALVAREZ | 300 DOLOROSA, SUITE 3200 | |
| LUZ ELENA D. CHAPA | SAN ANTONIO, TEXAS 78205-3037 | |
| IRENE RIOS | WWW.TXCOURTS.GOV/4THCOA.ASPX | TELEPHONE |
| BETH WATKINS | | (210) 335-2635 |
| LIZA A. RODRIGUEZ | | |
| LORI I. VALENZUELA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

November 19, 2021

Sarah Elizabeth Jennings
Bexar County Criminal District
Attorney's Office
300 Dolorosa, 5th Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Joe K. Bohac
Attorney at Law
12790 FM 1560 N Unit 1695
San Antonio, TX 78023-9998
* DELIVERED VIA E-MAIL *

Susan Watts
Attorney at Law
6840 San Pedro Ave.
San Antonio, TX 78204
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-21-00408-CV
        Trial Court Case Number:   2019-PA-02589
        Style:  In the Interest of M. L. H., a Child


Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.


Very truly yours,
MICHAEL A. CRUZ, Clerk of Court

Veronica L. Gonzalez
Deputy Clerk, Ext. 5-3220


cc: Joe D. Gonzales (DELIVERED VIA E-MAIL)
Dinah L. Gaines (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2021

No. 04-21-00408-CV

**IN THE INTEREST OF M. L. H., A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02589
Honorable Martha Tanner, Judge Presiding

# O R D E R

Appellant's Second Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before December 6, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court





November 19, 2021

No. 04-21-00408-CV

**IN THE INTEREST OF M. L. H., A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02589
Honorable Martha Tanner, Judge Presiding

# O R D E R

Appellant's Second Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before December 6, 2021.

/s/ Liza A. Rodriguez
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2021.

/s/ Michael A. Cruz
MICHAEL A. CRUZ, Clerk of Court

Entered this 19th day of November, 2021.                                    Vol ___ Page ___

